425 A.2d 838

Commonwealth v. Murray, Jr., Appellant.

Submitted April 12, 1979. Alphonse P. Lepore, Jr., Assistant Public Defender, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

The judgment of sentence of the lower court is hereby affirmed.

425 A.2d 838

Sickels et ux., v. Sickels, Appellant.

Submitted November 16, 1979. William B. Stevenson, for appellant; George B. Stegenga, for appellees.

Before CERCONE, P. J., and MONTGOMRY and LIPEZ, JJ.

Order affirmed.